UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x
:
IN RE SEPTEMBER 11 LITIGATION         :         21 MC 97 (AKH)
:
This document relates to:             :
:
*Bertorelli-Zangrillo v. UAL Corp, et al.*, 02 Civ. 7259 (AKH)    :
:
*Cashman v. Argenbright Security, et al.*, 02 Civ. 7608 (AKH)    :
:
*Driscoll v. Argenbright Security, et al.*, 02 Civ. 7912 (AKH)    :
:
*Miller v. United Airlines, et al.*, 02 Civ. 1728 (AKH)    :
:
*O'Hare v. United Airlines, et al.*, 02 Civ. 456 (AKH)    :
:
*Peterson v. UAL Corp., et al.*, 03 Civ. 6805 (AKH)    :
:
*Vadhan v. UAL Corp., et al.*, 02 Civ. 7261 (AKH)    :
:
*Carstanjen v. UAL Corp., et al.* 02 Civ. 7153 (AKH)    :
:
*Jalbert v. UAL Corp., et al.*, 03 Civ. 6801 (AKH)    :
:
*Lopez v. United Airlines, et al.*, 02 Civ. 458 (AKH)    :
:
*Nassaney v. United Airlines, et al.*, 03 Civ. 7083 (AKH)    :
:
*Peters v. UAL Corp., et al.*, 03 Civ. 6940 (AKH)    :
:
*Sanchez v. United Airlines, et al.*, 03 Civ. 7084 (AKH)    :
:
*Titus v. United Airlines, et al.*, 03 Civ. 6365 (AKH)    :
:
------------------------------------------------------------------------ x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/17/07

ALVIN K. HELLERSTEIN, U.S.D.J.:

## ORDER

An agreement of settlement having been made in each of the above-captioned fourteen cases, it is hereby:

1

ORDERED that the Clerk of the Court shall mark each of the above-captioned fourteen individual cases as closed; provided, however, that if settlement is not consummated within 30 days of the date of this Order, a party may apply by letter within the 30-day period for restoration of the affected action to the calendar of the undersigned.

The Clerk also shall mark as closed civil action number 01 Civ. 11628 (AKH), which was previously filed on behalf of decedent Louis Neil Mariani, and dismissed on April 7, 2005. Plaintiff Lauren E. Peters later filed a lawsuit on behalf of Mr. Mariani under civil action number 03 Civ. 6940 (AKH), listed above.

The Clerk shall file a copy of this Order in each of the above-captioned fourteen individual case files, and in the file for 01 Civ. 11628 (AKH).

SO ORDERED.

Date:    September 17, 2007
         New York, New York

                                                    /s/ Alvin K. Hellerstein
                                                    ALVIN K. HELLERSTEIN
                                                    United States District Judge