UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
                                              :    21 MC 97 (AKH)
IN RE: SEPTEMBER 11 LITIGATION                :
                                              :    This Document Relates To:
                                              :    03-CV-7084 (AKH)
                                              :    Plaintiff: Felicita Maria Sanchez
------------------------------------------------------------x

## NOTICE ADOPTING MASTER ANSWER OF DEFENDANT ICTS INTERNATIONAL, N.V

PLEASE TAKE NOTICE THAT defendant ICTS International, N.V. ("ICTS") hereby adopts its Master Answer to Plaintiffs' Fourth Amended Flight 175 Master Complaint Against the Airlines and Security Companies (a copy of which is attached) as its Answer to the Complaint in the above-referenced matter. ICTS hereby denies all allegations not specifically and expressly admitted in its Amended Master Answer.

WHEREFORE, ICTS respectfully requests that the Complaint be dismissed, with costs, attorneys' fees, disbursements, and such other relief as to the Court seems just and proper or, if such relief not be granted, then that ICTS' liability be limited or reduced as requested.

Dated:    New York, New York
          November 13, 2007

                                              McLaughlin & Stern, LLP

                                              By_____
                                              (Jon Paul Robbins #8517)
                                              Attorneys for Defendant
                                              ICTS International, N.V.
                                              260 Madison Avenue
                                              New York, New York 10016
                                              (212) 448-1100

To:

Kreindler & Kreindler
Plaintiff's Counsel and PI/WC Plaintiffs' Liaison Counsel

PD/BL Plaintiffs' Liaison Counsel
Aviation Defendants' Liaison Counsel
Ground Defendants' Liaison Counsel
7 WTC Ground Defendants' Liaison Counsel
United States Attorneys Office
All Aviation Defendants