UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
:  21 MC 97 (AKH)
IN RE: SEPTEMBER 11 LITIGATION   :
:  This Document Relates To:
:  03-CV-7084 (AKH)
:  Plaintiff: Felicita Maria Sanchez
------------------------------------------------------------x

## CERTIFICATE OF SERVICE

Jon Paul Robbins hereby declares under penalty of perjury that on November 13, 2007 I served the within Notice of Adoption of Answer of Defendant ICTS International, N.V. to the fourth amended Master Flight 175 complaint on the following counsel by e-mailing a copy of said document in accordance with the Court's March 10, 2005 Order:

Kreindler & Kreindler–counsel for plaintiff
Marc S. Moller, Esq. and Brian J. Alexander, Esq.– Wrongful Death and Personal Injury Plaintiffs' Liaison Counsel;
Donald A. Migliori, Esq.– Wrongful Death and Personal Injury Plaintiffs' Liaison Counsel
Robert A. Clifford, Esq. and Timothy S. Tomasik, Esq. - Property Damage and Business Loss Plaintiffs' Liaison Counsel
Desmond T. Barry, Esq. - Aviation Defendants' Liaison Counsel

Richard A. Williamson, Esq. and M. Bradford Stein, Esq.- Ground Defendants' Liaison Counsel

Beth Jacob, Esq. - 7 WTC Ground Defendants' Liaison Counsel

Beth Goldman, Esq. - United States Attorneys' Office and

All Aviation Defendants

Dated: November 13, 2007

_____
Jon Paul Robbins