UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

IN RE SEPTEMBER 11 LITIGATION

Case No.: 21 MC 97 (AKH)

THIS DOCUMENT RELATES TO:

03 CV 7084

<u>Sanchez, et al. v. United Air Lines, Inc., et al.</u>

---

### NOTICE ADOPTING ANSWER OF DEFENDANTS UNITED AIR LINES, INC. AND UAL CORPORATION TO PLAINTIFFS' FOURTH AMENDED FLIGHT 175 MASTER LIABILITY COMPLAINT

PLEASE TAKE NOTICE THAT defendants UNITED AIR LINES, INC. and UAL CORPORATION hereby adopt their Master Answer to Plaintiffs' Fourth Amended Flight 175 Master Liability Complaint as their Answer to the Complaint in the above-captioned action.

WHEREFORE, defendants UNITED AIR LINES, INC. and UAL CORPORATION respectfully request that the Complaint be dismissed, with costs, attorneys' fees, disbursements, and such other relief as the Court deems just and proper or, if such relief not be granted, then that their liability be limited or reduced as prayed.

Dated:  New York, New York
        November 12, 2007

QUIRK AND BAKALOR, P.C.

By: _____
Jeffrey J. Ellis (JJE 7796)
A Member of the Firm
Attorneys for Defendants
UNITED AIR LINES, INC. and
UAL CORPORATION

                    845 Third Avenue, 15th Floor
                    New York, New York 10022
                    Tel.: (212) 319-1000
                    Fax: (212) 319-1065

                    And

                    MAYER, BROWN LLP
                    Michael R. Feagley
                    71 South Wacker Drive
                    Chicago, Illinois 60600
                    Tel.: (312) 701-7065
                    Fax: (312) 701-7711

TO:

| | |
|---|---|
| Donald Migliori, Esq.<br>MOTLEY RICE, LLC<br>*Plaintiffs' Liaison Counsel*<br>28 Bridgeside Boulevard<br>P.O. Box 1792<br>Mt. Pleasant, SC  29465<br>Tel.: (843) 216-9000 | Desmond T. Barry, Jr., Esq.<br>CONDON & FORSYTH, LLP<br>*Defendants' Liaison Counsel*<br>685 Third Avenue<br>New York, NY  10017<br>Tel.: (212) 490-9100 |
| Marc S. Moller, Esq.<br>KREINDLER & KREINDLER<br>*Plaintiffs' Liaison Counsel*<br>100 Park Avenue<br>New York, NY  10017-5590<br>Tel.: (212) 687-8181 | Richard A. Williamson, Esq.<br>FLEMMING ZULACK WILLIAMSON ZAUDERER, LLP<br>*Ground Defendants' Liaison Counsel*<br>One Liberty Plaza<br>New York, NY 10006<br>Tel.: (212) 412-9500 |
| Robert A. Clifford, Esq.<br>CLIFFORD LAW OFFICES<br>*Property Damage & Business Loss Plaintiffs' Liaison Counsel*<br>120 LaSalle Street, 31st Floor<br>Chicago, IL 60602<br>Tel.: (312) 899-9090 | Beth D. Jacobs, Esq.<br>SCHIFF HARDIN LLP<br>*WTC7 Ground Defendants' Liaison Counsel*<br>900 Third Avenue<br>New York, NY 10022<br>Tel.: (212) 753-5000 |
| Beth Goldman, Esq.<br>U.S. Department of Justice<br>U.S. Attorney's Office, Southern District<br>86 Chambers Street<br>New York, NY 10007<br>Tel.: (212) 637-2732 | |

ALL DEFENSE COUNSEL BY ELECTRONIC MAIL SERVICE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Index No.  Year
21 MC 97 (AKH)

IN RE SEPTEMBER 11TH LITIGATION

This document relates to:

*Sanchez, et. al. v. United Air Lines, Inc., et. al.*
03 CV 7084

**NOTICE OF ADOPTION**

QUIRK AND BAKALOR, P.C.
**UNITED AIR LINES INC. & UAL CORP.**
*Attorney(s) for*

*Office and Post Office Address, Telephone*

845 Third Avenue
NEW YORK, NEW YORK 10022
(212) 319-1000

To

Attorney(s) for

Signature (Rule 130-1.1-a)

_____
Print name beneath

Service of a copy of the within is hereby admitted.

Dated: _____

PLEASE TAKE NOTICE:

☐ **NOTICE OF ENTRY**

that the within is a *(certified)* true copy of a
duly entered in the office of the clerk of the within named court on

☐ **NOTICE OF SETTLEMENT**

that an order
will be presented for settlement to the HON.
within named Court, at
on              at         M.
Dated.

of which the within is a true copy
one of the judges of the