UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X

IN RE: SEPTEMBER 11, 2001 LITIGATION            21 MC 97 (AKH)
                                                This document relates to:
                                                03-CV-6940
                                                03-CV-7084
                                                02-CV-6365
                                                02-CV-7154
                                                03-CV-6811
                                                03-CV-6801
                                                02-CV-7153
                                                02-CV-0458
                                                03-CV-7083

------------------------------------------------------------------------X

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     )ss.:
COUNTY OF NEW YORK   )

KAREN ARTUSA, being duly sworn, deposes and says that deponent is not a party to the action, is over 18 years of age and resides in Hewlett, New York, and that on the 13th day of November, 2007, deponent served the within **NOTICES ADOPTING ANSWER OF DEFENDANTS UNITED AIRLINES, INC. and UAL CORPORATION TO PLAINTIFFS' FOURTH AMENDED FLIGHT 175 MASTER LIABILITY COMPLAINT** by transmitting a copy of the following persons by e-mail at the e-mail address set forth after each name below, which was designated by the attorney for such purpose:

PLAINTIFFS' LIAISON COUNSEL          PLAINTIFFS' LIAISON COUNSE.
Donald Migliori, Esq.                 Marc S. Moller, Esq.
Motley Rice, LLC                      Kreindler & Kreindler
28 Bridgeside Boulevard               100 Park Avenue
Mt. Pleasant, SC  29465               New York, NY  10017-5590
dmigliori@motleyrice.com              mmoller@kreindler.com

| | |
|---|---|
| DEFENDANTS' LIAISON COUNSEL<br>Desmond T. Barry, Esq.<br>Condon & Forsyth<br>7 Times Square<br>New York, New York  10036<br>DBarry@condonlaw.com | GROUND DEFENDANTS'<br>LIAISON COUNSEL<br>Richard A. Williamson, Esq.<br>Flemming Zulack Williamson Zauderer<br>One Liberty Plaza<br>New York, NY  10006<br>rwilliamson@fzwz.com |
| PROPERTY DAMAGE &<br>BUSINESS LOSS LIAISON COUNSEL<br>Robert A. Clifford, Esq.<br>Clifford Law Offices<br>120 LaSalle Street – 31st Floor<br>Chicago, Illinois  60602<br>rac@cliffordlaw.com | WTC7 GROUND DEFENDNATS'<br>LIAISAON COUNSEL<br>Beth D. Jacobs, Esq.<br>Schiff Hardin, LLP<br>900 Third Avenue<br>New York, NY  10022<br>bjacob@schiffhardin.com |

Beth Goldman, Assistant U.S. Attorney
Sarah S. Normand, Assistant U.S. Attorney
U.S. Attorneys Office, SDNY
86 Chambers Street
New York, New York  10007
beth.goldman@usdoj.gov
sarah.normand@usdoj.gov

_____
Karen Artusa

Sworn to before me this
13th day of November, 2007

_____
NOTARY PUBLIC

GLORIA B. DUNN
Notary Public, State of New York
No. 01DU5004217
Qualified in New York County
Commission Expires November 16, 2010