UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

IN RE SEPTEMBER 11 LITIGATION

: 21 MC 97 (AKH)
:
: This Document Relates to:
: 03-cv-07084-AKH
: <u>Sanchez, et al v. United Airlines, et al</u>
:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## NOTICE ADOPTING MASTER ANSWER OF HUNTLEIGH USA, INC. TO PLAINTIFFS' FOURTH AMENDED <u>FLIGHT 175 MASTER LIABILITY COMPLAINT</u>

PLEASE TAKE NOTICE THAT defendant HUNTLEIGH USA, INC. hereby adopts its Master Answer to Plaintiffs' Fourth Amended Flight 175 Master Liability Complaint as their Answer to the Complaint in the above-captioned action. HUNTLEIGH USA, INC. hereby denies all allegations not specifically and expressly admitted in its Master Answer to Plaintiffs' Fourth Amended Flight 175 Master Liability Complaint.

WHEREFORE, defendant HUNTLEIGH USA, INC., respectfully requests that the Complaint be dismissed, with costs, attorneys' fees, disbursements, and such other relief as the Court deems just and proper or, if such relief not be granted, then that its liability be limited or reduced as prayed.

Dated:   Houston, Texas
         November 13, 2007

                                              **SUSMAN GODFREY L.L.P.**

                                              BY:/s/ H. Lee Godfrey
                                              H. Lee Godfrey – HG 1204
                                              Max Tribble
                                              Jonathan Ross
                                              Charles Eskridge
                                              Nicholas Daum
                                              Attorneys for Defendant
                                              Huntleigh USA Corp.
                                              1000 Louisiana Street Suite 5100

805706v1/005989

Houston, Texas 77002
713-651-9366

TO:  Jayne Conroy
Hanly Conroy Bierstein Sheridan Fisher & Hayes, LLP
112 Madison Avenue
New York, NY 10016
(212) 784-6402
jconroy@hanlyconroy.com

ALL INDIVIDUAL PI/WD PLAINTIFFS' LIAISON COUNSEL
ALL LIAISON COUNSEL