UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x
:     21 MC 97 (AKH)
IN RE SEPTEMBER 11 LITIGATION    :
:     This document relates to:
:     ☒ Cases listed below
----------------------------------------------------------------x

### STIPULATION OF DISMISSAL WITHOUT PREJUDICE

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned attorneys of record for the respective parties hereto that defendants ATA Airlines, Inc. ("ATA") is hereby dismissed without prejudice and without costs to either party as against the other in the following individual actions consolidated in the In re September 11 Litigation (21 MC 97):

#### FLIGHT 175

| # | Case | Number |
|---|------|--------|
| 1. | Bailey v. United Airlines, Inc., et al | 03 CV 6802 |
| 2. | Baker v. United Airlines, Inc., et al. | 02 CV 6364 |
| 3. | Bavis v. United Airlines, Inc. | 02 CV 7154 |
| 4. | Jones and Carstanjen v. United Airlines, Inc. | 02 CV 7153 |
| 5. | Hayden v. United Airlines, Inc. | 03 CV 6811 |
| 6. | Jalbert v. United Airlines, Inc. | 03 CV 6801 |
| 7. | Lopez v. United Airlines, Inc. | 02 CV 0458 |
| 8. | Nassaney v. United Airlines, Inc. | 03 CV 7083 |
| 9. | Koutny v. United Airlines, Inc. | 02 CV 2802 |
| 10. | Sanchez v. United Airlines, Inc. | 03 CV 7084 |
| 11. | Sweeney v. United Airlines, Inc. | 02 CV 1727 |
| 12. | Titus v. United Airlines, Inc., et al | 02 CV 6365 |
| 13. | Pocasangre v. United Airlines, Inc., et al | 02 CV 7152 |

Plaintiffs specifically reserve the right to recommence these actions if the statements in the affidavits of Cathy Miles submitted on behalf of ATA proves untrue.

Dated: Mt. Pleasant, SC
November 16, 2007

_____
Michael Elsner, Esq.
MOTLEY RICE LLC
28 Bridgeside Blvd
Mt. Pleasant, SC 29465

(843) 216-9000

Attorneys for Plaintiffs

_____
Michael J. Crowley, Esq. (MC/2821)
GALLAGHER GOSSEEN
FALLER & CROWLEY
1010 Franklin Avenue, Suite 400
Garden City, NY 11530

(516) 742-2800

Attorneys for Defendant
ATA Airlines, Inc.

SO ORDERED: 11/26/07

_____
Alvin K. Hellerstein
United States District Judge

2