UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_____
                                       )
                                       )
IN RE: SEPTEMBER 11 LITIGATION         )    21 MC 97 (AKH)
                                       )
_____ )

                          This document relates to:
                          *Felicita Maria Sanchez, et al v.*
                          *United Airlines, et al*
                          03 CV 7084 (AKH)

## NOTICE OF MOTION FOR APPOINTMENT OF GUARDIAN AD LITEM

Please take notice that Plaintiff, Felicita Maria Sanchez, through her undersigned counsel in the above referenced action will move this court upon the accompanying motion and memorandum of law for an order appointing, Bonnie Peters-Lawston, Esquire as guardian ad litem for the minor beneficiary, Marc Sanchez.

Dated: New York, New York
       January 25, 2008

                            **MOTLEY RICE LLC**

          **By:**    **s/ Elizabeth Smith**
                    Ronald L. Motley, Esquire
                    Joseph F. Rice, Esquire
                    Jodi Westbrook Flowers, Esquire
                    Don Migliori, Esquire
                    Mary Schiavo, Esquire
                    Michael E. Elsner, Esquire (ME-8337)
                    Elizabeth Smith, Esquire
                    Robert T. Haefele, Esquire
                    Justin Kaplan, Esquire
                    Vincent I. Parrett, Esquire (VP-5092)
                    Motley Rice LLC
                    28 Bridgeside Boulevard
                    Post Office Box 1792
                    Mount Pleasant, SC 29465
                    Telephone: (843) 216-9000