**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

_____
                                    )
                                    )
IN RE: SEPTEMBER 11 LITIGATION      )    21 MC 97 (AKH)
                                    )
_____)

This document relates to:
*Felicita Maria Sanchez, et al v.*
*United Airlines, et al*
03 CV 7084 (AKH)

## PROPOSED ORDER APPOINTING GUARDIAN AD LITEM

      Bonnie Peters-Lawston, Esquire is hereby appointed as guardian ad litem for the minor beneficiary, Marc Sanchez, for the purpose of ensuring that the distribution plan for the minor beneficiary's settlement proceeds is in the best interests of the minor beneficiary.

      SO ORDERED.

                                                                          _____
                                                                          Judge Alvin K. Hellerstein

Dated: January_____, 2008