UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEWYORK
------------------------------------------------------------------X

**IN RE: SEPTEMBER 11 LITIGATION**                    21MC97(akh)

------------------------------------------------------------------X

1. I am an attorney admitted to practice in the State of New York and Connecticut.

2. I have been admitted to practice in the State of New York since 1994 in New York and 1993 in Connecticut and am in good standing with the New York State Bar and Connecticut Bar.

3. I am admitted to practice in the Eastern District and Southern District of New York.

4. I submit this declaration in support of the motion by plaintiff for an Order appointing me as guardian ad litem for the minor beneficiary.

5. I have been a guardian ad litem since 2005 and a referee since 2006.

6. I have been appointed as guardian ad litem for Surrogate's Courts both in Nassau and Suffolk County for numerous cases including cases involving infants. Many of the cases whereby my ward has been an infant involved wrongful death cases whereby this office has reviewed the tort claim and settlement.

   I have years of experience regarding tort claims. I worked for a firm that did insurance

defense for a large carrier as well as personal injury work. Then when I opened my own office in 1998, our practice focused on personal injury plaintiff's work and we represented insurance companies in defending their insured in personal injury litigation.

As referee, I have been appointed both in Nassau County and Suffolk County by the presiding Judges. Those matters generally involve a foreclosure. Thus, my duties are to review the pleadings, the note, the mortgage and other bank documents as well as the final orders presented the Judge to ensure that the figures are correct and that the papers are in proper form and meet the requirements under the law.

7. Our hourly rate is $300.00 in private practice but indicated that this office will gladly accept $175.00 or any other amount that this honorable Court deems appropriate.

Pursuant to 28 USC Section 1746, I declare under penalty of perjury that the foregoing is true and correct and that I executed this declaration on January 16, 2008 at Huntington Station, New York.

_____
Bonnie Peters-Lawston