UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/30/08
```

IN RE: SEPTEMBER 11 LITIGATION         )         21 MC 97 (AKH)

This document relates to:
*Felicita Maria Sanchez, et al v.*
*United Airlines, et al*
03 CV 7084 (AKH)

### PROPOSED ORDER APPOINTING GUARDIAN AD LITEM

Bonnie Peters-Lawston, Esquire is hereby appointed as guardian ad litem for the minor beneficiary, Marc Sanchez, for the purpose of ensuring that the distribution plan for the minor beneficiary's settlement proceeds is in the best interests of the minor beneficiary.

SO ORDERED.

_____
Judge Alvin K. Hellerstein

Dated: January 30, 2008